UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Application Regarding<br><br>23-296-04 | No. 4:23-mc-86<br><br>**MOTION TO SEAL** |

The United States hereby moves this Court for an order:

Permanently sealing the Application, Order, and Attachment A filed in this matter and sealing the Redacted Application, Redacted Order, and Redacted Attachment A for a period of 180 days, subject to renewal, in that the documents filed herein discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal the Application, Order, and Attachment A because premature disclosure may seriously jeopardize the investigation.

Dated this 31st day of July, 2023.

ALISON J. RAMSDELL
United States Attorney

*/s/ Jeremy Jehangiri*

Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2638
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: jeremy.jehangiri@usdoj.gov

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| In the Matter of the Application Regarding<br><br>23-296-04 | No. 4:23-mc-86<br><br>**ORDER TO SEAL** |

The United States having moved this Court for an order to seal, and good cause having been shown therefor, it is hereby

ORDERED:

1. That the Application, Order, and Attachment A filed in this matter be permanently sealed.

2. That the Redacted Application, Redacted Order, and Redacted Attachment A be sealed for a period of 180 days, subject to renewal, unless ordered otherwise by the Court.

3. That the Clerk of Court shall automatically unseal the Redacted Application, Redacted Order, and Redacted Attachment A after the passage.

Dated: July 31, 2023

BY THE COURT:

VERONICA L. DUFFY
United States Magistrate Judge

cc. AUSA Jehangiri
crs